# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JUSTIN SPEIHS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:25-CV-02111-DDC-GEB |
| | ) |
| THE CITY OF MERRIAM, KANSAS, et al., | ) |
| | ) |
| Defendants. | ) |

## CLERK'S 14 DAY EXTENSION

Upon the timely application of Defendants, the City of Merriam, Kansas, Anna Slocum, Aaron Simmons, Devin Allen and John Kisthardt, and pursuant to the authority vested in the Clerk of the Court by D. Kan. Rule 77.2(a), the initial time to plead to Plaintiff's Complaint is hereby extended fourteen (14) days from April 14, 2025, to **April 28, 2025.** The original time to answer has not expired.

                                                                                                         s/N. Coop, Deputy Clerk
                                                                             CLERK OF THE DISTRICT COURT

Respectfully submitted,

FISHER, PATTERSON, SAYLER & SMITH, LLP

/s/Andrew D. Holder
Andrew D. Holder    KS #25456
9393 W. 110th St., Suite 300
Overland Park, Kansas 66210
(913) 339-6757; Fax: (913) 660-7919
aholder@fpsslaw.com
**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

      I certify that on April 14, 2025, I electronically filed the foregoing with the Court and that an electronic notice of filing and a copy of the foregoing will automatically be sent to:

Linus L. Baker
6732 West 18th Terrace
Stillwell, Kansas 66085
913-486-3913
913-232-8734
linusbaker@prodigy.net
ATTORNEY FOR PLAINTIFF

      /s/ Andrew D. Holder
      Andrew D. Holder #25456